IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **I LOVE OMNI, LLC and** § | | |
| **HEIDI WHITEHAIR,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | **CASE NO. 3:16-cv-02410-S** | |
| § | | |
| **OMNITRITION INTERNATIONAL, INC.,** § | | |
| § | | |
| **Defendant/Counter-Plaintiff,** § | | |
| § | | |
| v. § | | |
| § | | |
| **HEIDI WHITEHAIR, JENIFER L. GRACE,** § | | |
| **TERRY LACORE, JAMES TACKETT, AND** § | | |
| **INNOV8TIVE NUTRITION, INC.** § | | |
| § | | |
| **Counter-Defendants/** § | | |
| **Third-Party Defendants.** § | | |

_____

### JOINT MOTION TO DISMISS WITH PREJUDICE
_____

Plaintiffs/Counter-Defendants Heidi Whitehair and I Love Omni, LLC, Defendant/Counter-Plaintiff Omnitrition International, Inc., and Third-Party Defendants Jenifer L. Grace, Terry LaCore, James Tackett, and Innov8tive Nutrition, Inc. file this Joint Motion to Dismiss with Prejudice, and state:

The parties have settled all claims between and among themselves relating to the circumstances giving rise to the claims in this litigation and any claims or counterclaims that could have been brought, and desire that the Court enter an order dismissing all of their claims between and among them with prejudice.

WHEREFORE, the parties request that the Court enter the Agreed Order of Dismissal with Prejudice submitted with this motion.

Respectfully Submitted,

By:    /s/Todd A. Hoodenpyle
Todd A. Hoodenpyle
Texas State Bar No. 00798265
hoodenpyle@singerlevick.com
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748

Richard L. Goodman
Ohio State Bar No. 0022520
richard@rlgoodmanlawfirm.com
admitted *pro hac vice*
Richard L. Goodman Co., L.P.A.
720 Youngstown-Warren Road, Suite E
Niles, Ohio 44446
Tel. (330) 652-8989
Fax (330) 652-9652

**ATTORNEYS FOR COUNTER-PLAINTIFF OMNITRITION INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically, notice of the filing was served on all Counsel by operation of the Court's electronic filing system, and the parties may access this filing by and through the Court's electronic filing system on this 29th day of October 2018.

   /s/Todd A. Hoodenpyle
Todd A. Hoodenpyle

**AGREED:**

/s/Clay A. Hartman (with permission)
Clay A. Hartmann
Texas State Bar No. 00790832
clay.hartmann@thehartmannfirm.com
The Hartmann Firm
6677 Gaston Avenue
Dallas, Texas 75214
Telephone:    (214) 828-1822

**ATTORNEY FOR PLAINTIFFS/COUNTER-DEFENDANTS
AND THIRD-PARTY DEFENDANTS**

/s/Todd A. Hoodenpyle
Todd A. Hoodenpyle
Texas State Bar No. 00798265
hoodenpyle@singerlevick.com
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone: (972) 380-5533

Richard L. Goodman
Ohio State Bar No. 0022520
richard@rlgoodmanlawfirm.com
admitted *pro hac vice*
Richard L. Goodman Co., L.P.A.
720 Youngstown-Warren Road, Suite E Youngstown, Ohio 44446
Tel. (330) 652-8989

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF**

**JOINT MOTION TO DISMISS WITH PREJUDICE – Page 3**